UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZORAIDA REYES,<br><br>**Plaintiff,**<br><br>v.<br><br>JUSTIN KNOWLTON, POTTLE'S TRANSPORTATION, LLC<br><br>**Defendants.** | CASE NO.:<br><br><br><br>PETITION FOR REMOVAL<br><br><br>FEBRUARY 25, 2019 |

TO:  Clerk of the United States District Court
     District of Connecticut

NOW COME defendants/petitioners, JUSTIN KNOWLTON and POTTLE'S TRANSPORTATION, LLC (hereafter referred to as "Petitioners") and through their undersigned counsel respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned *Zoraida Reyes v. Justin Knowlton, Et. Al.,* which matter is pending in the Connecticut Superior Court, Judicial District of Stamford at Stamford, docket no. FST-CV19-6039984-S (hereafter "the state court action"). A true copy of the Summons and Complaint in the state court action is attached hereto as Exhibit A.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident that occurred February 09, 2017 on Interstate 95 northbound in Stamford, Connecticut. It is alleged that at that time, the Plaintiff was operating a vehicle in front of the

1

Petitioner, Justin Knowlton who was an agent, employee and/or servant of the Petitioner, Pottle's Transportation, LLC. *Complaint, Count One, Paras. 1-3*.

3. Plaintiff further alleges that when she stopped her vehicle due to a vehicle having spun out in front of her, the Petitioner, Justin Knowlton, collided with the rear of her vehicle. *Complaint, Count One, Para. 5*.

4. The Plaintiff claims to have sustained serious and permanent injuries from this accident, consisting of the following: headaches, neck pain, accompanying parasthesias radiating into both shoulders, army and hands bilaterally ,cervical, thoracic and lumbar sprains and strains, radicular symptoms into her buttocks, upper thighs and down her right leg, a disc bulge at L5-S1, disc herniations at C4-5, C4-5, C5-6 and C6-7, and a disc protrusion at C7-T1. *Complaint, Count One, Para. 7*. The Plaintiff further claims to have physical limitations caused by her injuries and to have sustained lost wages. *Complaint, Count One, Paras. 7-9*.

5. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

    a. By Complaint dated January 25, 2019, Plaintiff filed suit against Petitioners. The Petitioners were served and first received notice of the Complaint on January 30, 2019, via registered mail from the State of Connecticut, Department of Motor Vehicles. The Complaint seeks venue in the Connecticut Superior Court, Judicial District of Stamford at Stamford.

    b. Plaintiff is a resident of Woodhaven, New York. *Please see Summons*.

    c. Petitioner, Justin Knowlton, is a resident of Swanville, Maine. *Please see Summons*.

      d.      Petitioner, Pottle's Transportation, LLC, is a limited liability company organized and existing under the laws of the State of Maine, with its principal place of business being Bangor, Maine. The sole members of the LLC are Barry E. Pottle and Chelsea Demmons. Barry E. Pottle is a citizen of the State of Maine; Chelsea Demmons is a citizen of the State of Maine.

      e.      In her Complaint, the Plaintiff alleges that as a result of the subject accident she sustained certain serious injuries and losses as described in Paragraph 4 above, and has alleged that some or all of these injuries are likely to be permanent. She further claims to have sustained economic damages in the form of past and future medical expenses and lost wages, as well as permanent physical limitations. In view of the specific injury and damages claims being made, the aggregate amount in controversy exceeds $75,000.00, exclusive of interest and costs.

      6.      This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

      6.      Venue is proper pursuant to 28 U.S.C. §1391(a) through (c), because Petitioners are subject to personal jurisdiction in Connecticut.

      7.      Pursuant to 28 U.S.C. §1446(d), Petitioners have notified the Connecticut Superior Court, Judicial District of Stamford at Stamford, of the filing of this Petition. *Please see Exhibit B.*

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Stamford at Stamford, be discontinued.

        Respectfully submitted,

        DEFENDANTS/PETITIONERS,
        JUSTIN KNOWLTON &
        POTTLE'S TRANSPORTATION, LLC

By:   /s/ *Michael P. Kenney*
        Michael P. Kenney, Esq.(ct26768)
        Ryan Ryan Deluca LLP
        CityPlace II
        185 Asylum Street, 6th Floor
        Hartford, CT 06103
        Juris No. 436612
        Phone: 860-785-5150

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ZORAIDA REYES, | CASE NO.: |
| **Plaintiff,** | |
| v. | CERTIFICATE OF SERVICE |
| JUSTIN KNOWLTON, POTTLE'S TRANSPORTATION, LLC | |
| **Defendants.** | FEBRUARY 25, 2019 |

I hereby certify that on February 25, 2019 a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

A copy of the foregoing was mailed to:

Amita Rossetti, Esq.
Tinley, Renehan & Dost, LLP
255 Bank Street, Ste. 2A
Waterbury, CT 06702
*Attorneys for the Plaintiff*

　　　　　　　　　　　　　　　　　　　　/s/ *Michael P. Kenney*
　　　　　　　　　　　　　　　　Michael P. Kenney
　　　　　　　　　　　　　　　　Fed. Bar No. ct26768