**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ZORAIDA REYES** ) | |
|     Plaintiff, ) | **CIVIL ACTION CASE NO.** |
| ) | **3:19-cv-275-VLB** |
| v. ) | |
| ) | |
| **JUSTIN KNOWLTON AND** ) | |
| **POTTLE'S TRANSPORTATION, LLC** ) | |
|     Defendants. ) | |
| ) | **OCTOBER 1, 2019** |

**JOINT MOTION FOR REFERRAL FOR SETTLEMENT CONFERENCE**

Pursuant to Fed. R. Civ. P. 16 and Local Rules 16(c), undersigned counsel for the parties to the above-captioned matter hereby respectfully and jointly request referral from this Court to Judge Richardson for a settlement conference in this matter. Undersigned counsel represent that such a conference would be beneficial to avoid significant discovery in this matter. Further, undersigned counsel represent that they will use said opportunity to engage in settlement negotiations in good faith and come with full authority to do so.

WHEREFORE, the undersigned respectfully request that this Court refer the parties to Judge Richardson for a settlement conference in the above-captioned matter.

        PLAINTIFF,
        ZORAIDA REYES

        By:   /s/ *Amita P. Rossetti*
           Amita P. Rossetti
           Federal Bar No. ct29526
           Tinley, Renehan & Dost, LLP
           255 Bank Street, Suite 2A
           Waterbury, CT 06702
           Tel: (203) 596-9030
           arossetti@tnrdlaw.com

        Date: 09/26/19

        DEFENDANTS,
        JUSTIN KNOWLTON AND
        POTTLE'S TRANSPORTATION, LLC

        By:   /s/ *Michael P. Kenney*
           Michael P. Kenney
           Federal Bar No. ct26768
           RYAN RYAN DELUCA LLP
           185 Asylum St., 6th Floor
           Hartford CT 06103
           Ph: 860-785-5157
           mpkenney@ryandelucalaw.com

        Date: 10/1/2019

**CERTIFICATION OF SERVICE**

      I hereby certify that on October 1, 2019 a copy of the foregoing Motion for Motion for Referral was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

      By   */s/ Amita P. Rossetti*
           **Amita P. Rossetti, Esq.**